| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Galmor's/G&G Steam Service, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **75-1752157** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **6994 US HWY 83** **Shamrock, TX 79079** Number, Street, City, State & ZIP Code | **P.O. Box 349** **Shamrock, TX 79079** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Wheeler** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor **Galmor's/G&G Steam Service, Inc.** Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **Michael Stephen Galmor** | Relationship | **Business Owner** |
| District | **Northern District of Texas Amarillo Division** | When **6/19/18** | Case number, if known **Unknown** |

Debtor **Galmor's/G&G Steam Service, Inc.** Case number (*if known*)
Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Galmor's/G&G Steam Service, Inc.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 19, 2018**
MM / DD / YYYY

**X /s/ Michael Stephen Galmor**   **Michael Stephen Galmor**
Signature of authorized representative of debtor   Printed name

Title **President**

**18. Signature of attorney**

**X /s/ Max R. Tarbox**   Date **June 19, 2018**
Signature of attorney for debtor   MM / DD / YYYY

**Max R. Tarbox 19639950**
Printed name

**Tarbox Law, P.C.**
Firm name

**2301 Broadway**
**Lubbock, TX 79401**
Number, Street, City, State & ZIP Code

Contact phone **(806) 686-4448**   Email address **jessica@tarboxlaw.com**

**19639950 TX**
Bar number and State

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
§ 
**Galmor's/G&G Steam Service, Inc.** § Case No.:
§ 
§ 
Debtor(s) § 
§ 

# VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.

- ☐ adds entities not listed on previously filed mailing list(s).

- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

| | |
|---|---|
| Date: **June 19, 2018** | **/s/ Michael Stephen Galmor** |
| | **Michael Stephen Galmor**/**President** |
| | Signer/Title |
| Date: **June 19, 2018** | **/s/ Max R. Tarbox** |
| | Signature of Attorney |
| | **Max R. Tarbox 19639950** |
| | **Tarbox Law, P.C.** |
| | **2301 Broadway** |
| | **Lubbock, TX 79401** |
| | **(806) 686-4448   Fax: (806) 368-9785** |
| | **75-1752157** |
| | Debtor's Social Security/Tax ID No. |
| | |
| | Joint Debtor's Social Security/Tax ID No. |

A Rental Company
4901 E Main Street
Weatherford, OK 73096

Advanced Water Solutions
1509 S Van Buren St.
Enid, OK 73703-7857

AEG Petroleum LLC
P.O. Box 1003
Amarillo, TX 79105

Air Gas
P.O. Box 676015
Dallas, TX 75267-6015

Albert Brothers
115 6th St.
Elk CIty, OK 73644

Ally Financial
P.O. Box 9001948
Louisville, KY 40290-1948

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Apex Remington, Inc.
13505 E 61st Street
Suite A
Broken Arrow, OK 74012

AT&T
P.O. Box 105414
Atlanta, GA 30348-5414

```
Bank Of America
P.O. Box 15710
Wilmington, DE 19886-5710


Barber Dyson Ford
P.O. Box 743
Elk City, OK 73648


Beaver Express
P.O. Box 1168
Woodward, OK 73802-1168


Beckham County Treasurer
P.O. Box 600
Sayre, OK 73662


Big Chief Plant Services
3520 Big Elk Drive
Elk City, OK 73644


Camrock Quality
P.O. Box 2407
Elk City, OK 73648


Canyon Oilfield Services
11552 S Hwy 6
Elk City, OK 73644


Centergas Fuels, Inc.
P.O. Box 2603
Pampa, TX 79065


Chase
P.O. Box 94014
Palatine, IL 60094-4014
```

Cintas Corporation
P.O. Box 631025
Cincinnati, OH 45263-1025


CMI Drug Testing
6704 Guada Coma
Shertz, TX 78154


CMT Engineering Inc.
P.O. Box 1786
Dripping Springs, TX 78620


Crossroads
1627 North Main St.
Shamrock, TX 79079


Culligan Water Conditioning
P.O. Box 1597
Pampa, TX 79066-1597


Culver Electric LLC
P.O. Box 427
Elk City, OK 73648


David W. Bank, M.D.
P.O. Box 528
Elk City, OK 73648


Dennis J. Hefley
15400 County Road EE
Briscoe, TX 79011


Dickey Oilfield Sales Company
2211 Hwy 79 South
Wichita Falls, TX 76310

Distribution Now
P.O. Box 200822
Dallas, TX 75320-0822

DJ's Rental
911 South Main Street
Elk City, OK 73644

Dolese Bros. Co.
P.O. Box 960144
Oklahoma City, OK 73196-0144

Double H Oil Tools, Inc.
P.O. Box 2473
Pampa, TX 79066-2473

Doug Gray Ford, Inc.
P.O. Box 485
Sayre, OK 73662

Enterprise
P.O. Box 800089
Kansas City,, MO 64180-0089

Enterprise
P.O. Box 800089
Kansas City, MO 64180-0089

Floyd County Appraisal District
P.O. Box 249
Floydada, TX 79235-0249

Galmor FLP
6994 US HWY 83
Shamrock, TX 79079

```
GR Energy Services
2150 Town Square Place
Suite 410
Sugar Land, TX 77479


Great Plains National Bank
2017 W. 3rd St.
Elk City, OK 73644


Great Plains Pest Control
P.O. Box 192
Lefors, TX 79054


H.J. Garrison Oil Company
P.O. Box 231
Shamrock, TX 79079


Happy State Bank & Trust Co.
701 S Taylor LB 120
Amarillo, TX 79101


Harbison Fischer Manufacturing
P.O. Box 731403
Dallas, TX 75373-1403


Innovative Technology
P.O. Box 726
Elk City, OK 73648


Interbank
P.O. Box 1049
Elk City, OK 73648


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
```

IPFS Corporation  
P.O. Box 730223  
Dallas, TX 75373-0223

IRS  
P.O. Box 802501  
Cincinnati, OH 45280-2501

Janning Welding  
918 N. Van Buren  
Elk City, OK 73644

John Deere Financial  
P.O. Box 650215  
Dallas, TX 75265-0215

Jones Passodelis  
Gulf Tower-Suite 3410  
707 Grant Street  
Pittsburgh, PA 15219

JWD Internation Marketing, Inc.  
P.O. Box 1000  
Skiatook, OK 74070-5000

KJC Fire Safety Solutions  
805 Shore Dr.  
Elk City, OK 73644

Kubota Credit  
P.O. Box 0559  
Carol Stream, IL 60132-0559

Lease Consultants Corporation  
P.O. Box 71397  
Des Moines, IA 50325

```
Lindley Equipment
P.O. Box 457
Cordell, OK 73632


M. B. McKee Company, Inc.
2205 Avenue #
Lubbock, TX 79404


Marshall Discount Auto
P.O. Box 451
Wheeler, TX 79096


Martins Air Conditioning
2116 W. 20th St.
Elk City, OK 73644-9252


McLemore Sand & Top Soil
11157 N. 1930 Road
Sayre, OK 73662


Mine Safety & Health Administration
P.O. Box 790390
St. Louis, MO 63179-0390


MPS Enterprise, Inc.
1205 S. Eastern Ave.
Elk City, OK 73644


NAPA Auto Parts
716 West 3rd St.
Elk City, OK 73644


Navman Wireless
32996 Collection Center Dr.
Chicago, IL 60693
```

NCW Insurance
P.O. Box 506
Amarillo, TX 79105-0506


Nesmith Propane
3502 West 3rd Street
Elk City, OK 73644


Oklahoma Employment Security Commission
401 E Broadway St
Sand Springs, OK 74063


Oklahoma Tax Commision
P.O. Box 26930
Oklahoma City, OK 73126-0930


P K & Company PLLC
P.O. Box 1728
Elk City, OK 73648


Powerscreen Texas, Inc.
P.O. Box 658
La Grange, TX 78945


Quality Heating & Cooling
311 S Nebraska
Shamrock, TX 79079


Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600


Ryan Construction
9500 County Road 270
Zephyr, TX 76890

```
Safety-Kleen Systems, Inc.
P.O. Box 650509
Dallas, TX 75265-0509


Silver Arc Welding
P.O. Box 3366
Enid, OK 73702


Skinner Bros. Company
P.O. Box 21228
Dept 9
Tulsa, OK 74121-1228


Steve's Diesel & Truck Service
P.O. Box 166
Elk City, OK 73648


T&W Tire
P.O. Box 258859
Oklahoma City, OK 73125-8859


Teddy's Glass
515 N Van Buren
Elk City, OK 73644


Texas Attorney General
P.O. Box 12548
Austin, TX 78711


Triple D Services
203 N Houston
Shamrock, TX 79079


Troy Jones Equipment
1203 S Main St
Elk City, OK 73644
```

```
U.S. Attorney General
U.S. Department of Justice
10th & Pennsylvania Ave
Washington, DC 20530


U.S. Attorney's Office
1205 Texas Ave. Room 700
Lubbock, TX 79401


Unifirst Corp.
4210 S.E. 22nd Street
Amarillo, TX 79103


United Healthcare
P.O. Box 94017
Palatine, IL 60094-4017


United Life Insurance Co.
P.O. Box 142153
Overland Park, KS 66225-5326


United Rentals
P.O. Box 840514
Dallas, TX 75284-0514


Warren CAT
P.O. Box 842116
Dallas, TX 75284-2116


WB Supply
P.O. Box 206620
Dallas, TX 75320-6620


Weldon Parts
1100 S. Main St.
Elk City, OK 73644
```

```
Wells Fargo Business Line
P.O. Box 51174
Los Angeles, CA 90051-5474


Wells Fargo Equipment Finance
NW 8178
P.O. Box 1450
Minneapolis, MN 55485-5934


Western Equipment
404 Frisco Avenue
Clinton, OK 73601


Xerox Corporation
P.O. Box 650361
Dallas, TX 75265-0361


Yow Automotive
221 S. Jefferson
Elk City, OK 73644


Zee Medical
13 NW 132nd Street
Oklahoma City, OK 73114
```

# United States Bankruptcy Court
### Northern District of Texas

In re   **Galmor's/G&G Steam Service, Inc.**   Case No.
Debtor(s)   Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Galmor's/G&G Steam Service, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 19, 2018** | **/s/ Max R. Tarbox** |
| Date | **Max R. Tarbox 19639950** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Galmor's/G&G Steam Service, Inc.** |
| | **Tarbox Law, P.C.** |
| | **2301 Broadway** |
| | **Lubbock, TX 79401** |
| | **(806) 686-4448 Fax:(806) 368-9785** |
| | **jessica@tarboxlaw.com** |