**Exhibit "A"**
**Unsecured Claims**

| Creditor# | Creditor Name | Claim Amount | Percentage |
|---|---|---:|---:|
|  | A Rental Company | 1,144.50 | 0.0330% |
|  | Advanced \s | 14.52 | 0.0004% |
| 21 | AEG Petroleum | 183,706.45 | 5.2951% |
|  | Albert Brothers | 482.44 | 0.0139% |
| 10 | American Express | 3,800.63 | 0.1095% |
|  | Apex Remington, Inc. | 10,391.10 | 0.2995% |
|  | AT&T | 366.60 | 0.0106% |
|  | Bank of America | 51,168.44 | 1.4749% |
|  | Barber Dyson Ford | 1,943.73 | 0.0560% |
| 5 | Beaver Express Services, LLC | 150.02 | 0.0043% |
|  | Blue Cross Blue Shield | 3,446.70 | 0.0993% |
|  | Camrock Quality | 225.71 | 0.0065% |
|  | Canyon Oilfield Services | 8,916.67 | 0.2570% |
|  | Caterpillar Financial Services Corp. | - | 0.0000% |
|  | Centergs Fuels, Inc. | 1,368.00 | 0.0394% |
|  | Chase | 25,901.01 | 0.7466% |
|  | Cintas Corporation | 25.88 | 0.0007% |
|  | CMI Drug Testing | 359.28 | 0.0104% |
|  | CMT Engineering Inc. | 1,019.00 | 0.0294% |
|  | Crossroads | 9,560.08 | 0.2756% |
|  | Culligan Water Conditioning | 950.22 | 0.0274% |
|  | Culver Electric LLC | 999.00 | 0.0288% |
|  | David W. Bank, M.D. | 110.00 | 0.0032% |
|  | Dennis J. Hefley | 286,551.05 | 8.2594% |
|  | Dental Select | 784.30 | 0.0226% |
|  | Dickey Oilfield Sales Company | 8,191.87 | 0.2361% |
|  | Distribution Now | 2,387.50 | 0.0688% |
|  | DJ's Renta; | 3,869.14 | 0.1115% |
|  | Dolese Bros. Co. | 659.56 | 0.0190% |
| 7 | Double H Oil Tools, Inc. | 3,612.50 | 0.1041% |
| 8 | Doug Gray Ford, Inc. | 3,234.89 | 0.0932% |
|  | Galmor Family LP | 13,000.00 | 0.3747% |
|  | Galmor's Roustabout Service, LLC | 59,000.00 | 1.7006% |
| 27 | GR Energy Services | 32,115.00 | 0.9257% |
|  | Great Plains Pest Control | 361.25 | 0.0104% |
|  | J.J. Garrison Oil Company | 14,278.91 | 0.4116% |
| 38 | Harbison Fischer Manufacturing | 204,335.79 | 5.8897% |
|  | Innovative Technology | 7,632.38 | 0.2200% |
|  | IPFS Corporation | 14,158.49 | 0.4081% |
| 14 | Janning Welding | 2,074.32 | 0.0598% |
|  | Jones Passodelis | 6,678.29 | 0.1925% |
|  | JWD International Marketing, Inc. | 4,193.69 | 0.1209% |
|  | Kirby Smith Machinery, Inc | 1,011,166.75 | 29.1454% |

|    | Creditor | Amount | Percent |
|----|----------|--------:|--------:|
|    | KJC Fire Safety Solutions | 386.54 | 0.0111% |
|    | Komatsu Financial | - | 0.0000% |
|    | Lease Consultants Corporation | 1,031.29 | 0.0297% |
|    | Lindley Equipment | 43.76 | 0.0013% |
|    | M.B. McKee Company, Inc, | 3,298.74 | 0.0951% |
|    | Marshall Discount Auto | 2,854.58 | 0.0823% |
|    | Martins Air Conditioning | 3,825.00 | 0.1103% |
|    | McLemore Sand & Top Soil | 202.50 | 0.0058% |
|    | MetLife - Group Benefits | 446.30 | 0.0129% |
|    | Mine Safety & Health Administration | 462.36 | 0.0133% |
|    | MPS Enterprise, Inc. | 9,646.33 | 0.2780% |
|    | NAPA Auto Parts | 2,023.57 | 0.0583% |
|    | Navman Wireless | 26,922.08 | 0.7760% |
|    | NCW Insurance | 4,459.30 | 0.1285% |
|    | Nesmith Propane | 367.92 | 0.0106% |
|    | P K & Company PLLC | 16,416.00 | 0.4732% |
| 34 | PNC Equipment Finance, LLC | 160,986.75 | 4.6402% |
| 40 | Powerscreen Texas, Inc. | 82,395.81 | 2.3749% |
|    | Quality Heating & Cooling | 118.80 | 0.0034% |
|    | Quill Corporation | 220.22 | 0.0063% |
| 29 | Ryan Construction | 21,006.00 | 0.6055% |
|    | Safety-Kleen Systems, Inc. | 2,288.79 | 0.0660% |
|    | Silver Arc Welding | 270.00 | 0.0078% |
|    | Skinner Bros. Company | 607.34 | 0.0175% |
|    | Steve's Diesel & Truck Service | 7,960.49 | 0.2294% |
|    | Suddenlink | 1,228.44 | 0.0354% |
|    | T & W Tire | 4,464.18 | 0.1287% |
|    | Teddy's Glass | 325.00 | 0.0094% |
|    | Triple D Services | 5,798.90 | 0.1671% |
|    | Troy Jones Equipment | 8,095.05 | 0.2333% |
|    | United Life Insurance Co. | 541.49 | 0.0156% |
|    | Unifirst Corp. | 2,211.95 | 0.0638% |
| 1  | United Healthcare | 27,498.04 | 0.7926% |
| 39 | United Rentals | 2,025.72 | 0.0584% |
|    | WB Supply | 1,242.56 | 0.0358% |
|    | Weldon Parts | 916.06 | 0.0264% |
| 11 | Wells Fargo Business Line | 32,073.05 | 0.9245% |
|    | Wells Fargo Vendor Financial Service | 142,384.03 | 4.1040% |
|    | Western Equipment | 4,143.29 | 0.1194% |
|    | Xerox Corporation | 499.17 | 0.0144% |
|    | Yow Automotive | 10,762.11 | 0.3102% |
|    | Zee Medical | 268.97 | 0.0078% |
| 4  | DNOW LP | 4,518.77 | 0.1302% |
| 6  | Big Chief Plant Services LLC | 34,000.00 | 0.9800% |
| 12 | Airgas USA LLC | 385.88 | 0.0111% |
| 32 | Leslie Pritchard | 125,192.00 | 3.6085% |
| 33 | InterBank | 64,410.76 | 1.8565% |

| | | | |
|---|---|---:|---:|
| 2 | Texas Workforce Commission | 71.89 | 0.0021% |
| 3 | Internal Revenue Service | 343,868.20 | 9.9115% |
| 9 | Oklahoma Tax Commission | 319,885.64 | 9.2202% |
| | | $3,469,387.28 | 100% |