# Exhibit "B"

Max R. Tarbox; SBN: 19639950
Tarbox Law, P.C.
2301 Broadway
Lubbock, TX 79401
(806) 686-4448; fax: (806) 368-9785
*Attorney for Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Galmor's/ G&G Steam Service, Inc. | § | Chapter 11 Proceeding |
|     Debtor. | § | Case No. 18-20210 |
| | § | |

**MONTHLY OPERATING REPORT FOR THE MONTH OF AUGUST 2018**

TO THE HONORABLE ROBERT L. JONES, Bankruptcy Judge:

    COMES NOW, Galmor's/ G&G Steam Service, Inc., Debtor-in-Possession in the above-entitled

bankruptcy proceeding and files this its Monthly Operating Report for the Month of August 2018 as

shown on the attached.

    Dated: October 2, 2018

                        Respectfully submitted,

                        TARBOX LAW, P.C.
                        2301 Broadway
                        Lubbock, Texas 79401
                        806/686-4448; 806/368-9785 (FAX)

                        By: /s/ Max R. Tarbox
                            Max R. Tarbox
                            State Bar No. 19639950
                            *Attorney for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2018, a true and correct copy of the foregoing *Report* was served upon the following listed parties by enabled electronic filing.

1.    U.S. Trustee
      1100 Commerce, Suite 976
      Dallas, TX  75242

2.    All parties in interest registered with the
      the U. S. Bankruptcy Court to receive
      electronic notices in this case.

3.    Brad Odell
      Mullin Hoard and Brown, LLP
      PO Box 2585
      Lubbock, Texas 79408-2585

/s/ Max R. Tarbox_____
Max R. Tarbox

**Monthly Operating Report**
**CASH BASIS**

| CASE NAME: | Galmor's/G&G Steam Service, Inc |
|---|---|
| CASE NUMBER: | 18-20210 |
| JUDGE: | Robert L. Jones |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

### REGION 6

## MONTHLY OPERATING REPORT

**MONTH ENDING:** ___August___ ___2018___
                         MONTH        YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_____          Owner / President
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY          TITLE

Steve Galmor                       10-1-18
PRINTED NAME OF RESPONSIBLE PARTY          DATE

PREPARER:

_____          Supervisor / Secretary
ORIGINAL SIGNATURE OF PREPARER          TITLE

Judith Galmor                      10-2-18
PRINTED NAME OF PREPARER          DATE

**Monthly Operating Report**
**CASH BASIS-1**

| CASE NAME: | Galmor's/G&G Steam Service, Inc | |
|---|---|---|
| CASE NUMBER: | 18-20210 | **See Exhibit A** |

| CASH RECEIPTS AND DISBURSEMENTS | MONTH August | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $ 100.00 | $ 66,017.70 | $ 66,017.70 | $ 66,017.70 |
| RECEIPTS | | | | |
| 2. CASH SALES | $ - | | | |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | $ 212,931.32 | | | |
| 4. LOANS AND ADVANCES | $ - | | | |
| 5. SALE OF ASSETS | $ - | | | |
| 6. LEASE & RENTAL INCOME | | | | |
| 7. WAGES | | | | |
| 8. OTHER (ATTACH LIST) | | | | |
| 9. TOTAL RECEIPTS | $ 212,931.32 | $ - | $ - | $ - |
| DISBURSEMENTS | | | | |
| 10. NET PAYROLL | $ 130,207.67 | | | |
| 11. PAYROLL TAXES PAID | $ - | | | |
| 12. SALES, USE & OTHER TAXES PAID | | | | |
| 13. INVENTORY PURCHASES | | | | |
| 14. MORTAGE PAYMENTS | | | | |
| 15. OTHER SECURED NOTE PAYMENTS | | | | |
| 16. RENTAL & LEASE PAYMENTS | $ 8,180.28 | | | |
| 17. UTILITIES | $ 3,709.81 | | | |
| 18. INSURANCE | | | | |
| 19. VEHICLE EXPENSES | | | | |
| 20. TRAVEL | | | | |
| 21. ENTERTAINMENT | | | | |
| 22. REPAIRS & MAINTENANCE | | | | |
| 23. SUPPLIES | | | | |
| 24. ADVERTISING | | | | |
| 25. HOUSEHOLD EXPENSES | | | | |
| 26. CHARITABLE CONTRIBUTIONS | | | | |
| 27. GIFTS | | | | |
| 28. OTHER (ATTACH LIST) | | | | |
| 29. TOTAL ORDINARY DISBURSEMENTS | $ 142,097.76 | $ - | $ - | $ - |
| REORGANIZATION EXPENSES | | | | |
| 30. PROFESSIONAL FEES | $ 4,915.86 | | | |
| 31. U.S. TRUSTEE FEES | $ - | | | |
| 32. OTHER (ATTACH LIST) | | | | |
| 33. TOTAL REORGANIZATION EXPENSES | $ 4,915.86 | $ - | $ - | $ - |
| 34. TOTAL DISBURSEMENTS | $ 147,013.62 | $ - | $ - | $ - |
| 35. NET CASH FLOW | $ 65,917.70 | $ - | $ - | $ - |
| 36. CASH - END OF MONTH | $ 66,017.70 | $ 66,017.70 | $ 66,017.70 | $ 66,017.70 |

**Monthly Operating Report**
**CASH BASIS-1A**

**2018**

| CASE NAME: | Galmor's/G&G Steam Service, Inc |
| --- | --- |
| CASE NUMBER: | 18-20210 |

**See Exhibit B**

**CASH DISBURSEMENTS DETAIL**    MONTH: _____ August

### CASH DISBURSEMENTS

| | DATE | PAYEE | PURPOSE | AMOUNT |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTAL CASH DISBURSEMENTS | | | $    - |

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTAL BANK ACCOUNT DISBURSEMENTS | | | $    - |

| TOTAL DISBURSEMENTS FOR THE MONTH | | | | $    - |
| --- | --- | --- | --- | --- |

**Monthly Operating Report**
**CASH BASIS-2**

| CASE NAME: | Galmor's/G&G Steam Service, Inc |
|---|---|
| CASE NUMBER: | 18-20210 |

| BANK RECONCILIATIONS | Acct #1 | Acct #2 | Acct #3 | |
|---|---|---|---|---|
| A. BANK: | DIP | | | |
| B. ACCOUNT NUMBER: | 4850 | | | TOTAL |
| C. PURPOSE (TYPE): | Checking | | | |
| 1. BALANCE PER BANK STATEMENT | $ 12,489.67 | | | $ 12,489.67 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | $ 52,656.59 | | | $ 52,656.59 |
| 3. SUBTRACT: OUTSTANDING CHECKS | $ 51,578.02 | | | $ 51,578.02 |
| 4. OTHER RECONCILING ITEMS | $ (2,380.89) | | | $ (2,380.89) |
| 5. MONTH END BALANCE PER BOOKS | $ 11,187.35 | $ - | | $ 11,187.35 |
| 6. NUMBER OF LAST CHECK WRITTEN | 2096 | | | |

| INVESTMENT ACCOUNTS

BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
|---|---|---|---|---|
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. TOTAL INVESTMENTS | | | $ - | $ - |

| CASH | | | | |
|---|---|---|---|---|
| 12. CURRENCY ON HAND | | | | $ - |

| 13. TOTAL CASH - END OF MONTH | | | | $ 11,187.35 |

**Monthly Operating Report**
**CASH BASIS-3**

| CASE NAME: | Galmor's/G&G Steam Service, Inc |
| --- | --- |
| CASE NUMBER: | 18-20210 |

ASSETS OF THE ESTATE

| SCHEDULE "A"<br>REAL PROPERTY | SCHEDULE<br>AMOUNT | MONTH | MONTH | MONTH |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | $ - | $ - | $ - | $ - |
| SCHEDULE "B"<br>PERSONAL PROPERTY | | | | |
| 1. CASH ON HAND | | | | |
| 2. CHECKING, SAVINGS, ETC. | | | | |
| 3. SECURITY DEPOSITS | | | | |
| 4. HOUSEHOLD GOODS | | | | |
| 5. BOOKS, PICTURES, ART | | | | |
| 6. WEARING APPAREL | | | | |
| 7. FURS AND JEWELRY | | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | | | | |
| 9. INSURANCE POLICIES | | | | |
| 10. ANNUITIES | | | | |
| 11. EDUCATION | | | | |
| 12. RETIREMENT & PROFIT SHARING | | | | |
| 13. STOCKS | | | | |
| 14. PARTNERSHIPS & JOINT VENTURES | | | | |
| 15. GOVERNMENT & CORPORATE BONDS | | | | |
| 16. ACCOUNTS RECEIVABLE | | | | |
| 17. ALIMONY | | | | |
| 18. OTHER LIQUIDATED DEBTS | | | | |
| 19. EQUITABLE INTERESTS | | | | |
| 20. CONTINGENT INTERESTS | | | | |
| 21. OTHER CLAIMS | | | | |
| 22. PATENTS & COPYRIGHTS | | | | |
| 23. LICENSES & FRANCHISES | | | | |
| 24. CUSTOMER LISTS | | | | |
| 25. AUTOS, TRUCKS & OTHER VEHICLES | | | | |
| 26. BOATS & MOTORS | | | | |
| 27. AIRCRAFT | | | | |
| 28. OFFICE EQUIPMENT | | | | |
| 29. MACHINERY, FIXTURES & EQUIPMENT | | | | |
| 30. INVENTORY | | | | |
| 31. ANIMALS | | | | |
| 32. CROPS | | | | |
| 33. FARMING EQUIPMENT | | | | |
| 34. FARM SUPPLIES | | | | |
| 35. OTHER (ATTACH LIST) | | | | |
| 36. TOTAL PERSONAL PROPERTY ASSETS | $ - | $ - | $ - | $ - |
| 37. TOTAL ASSETS | $ - | $ - | $ - | $ - |

**Monthly Operating Report**

**CASH BASIS-4**

| CASE NAME: | Galmor's/G&G Steam Service, Inc |
|---|---|
| CASE NUMBER: | 18-20210 |

MONTH:  _August_

| LIABILITIES OF THE ESTATE | | |
|---|---|---|
| **PREPETITION LIABILITIES** | **SCHEDULE AMOUNT** | **PAYMENTS** |
| 1.  SECURED | | |
| 2.  PRIORITY | | |
| 3.  UNSECURED | | |
| 4.  OTHER (ATTACH LIST) | | |
| 5.  TOTAL PREPETITION LIABILITIES | $          - | $          - |

**See Exhibit C & D**

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1.  FEDERAL INCOME TAXES | | | | |
| 2.  FICA/MEDICARE | | | | |
| 3.  STATE TAXES | | | | |
| 4.  REAL ESTATE TAXES | | | | |
| 5.  OTHER TAXES (ATTACH LIST) | | | | |
| 6.  TOTAL TAXES | | $          - | | $          - |
| OTHER POSTPETITION LIABILITIES INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29.  (IF ADDITIONAL ATTACH LIST) | | | | |
| 30.  TOTAL OF LINES 7 - 29 | | $          - | | $          - |
| 31.  TOTAL POSTPETITION LIABILITIES | | $          - | | $          - |

**Monthly Operating Report**
**CASH BASIS-4A**

| CASE NAME: | Galmor's/G&G Steam Service, Inc |
|---|---|
| CASE NUMBER: | 18-20210 |

MONTH:        August

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| 1.  0 - 30 | | $    231,257.39 | | |
| 2.  31 - 60 | | $    102,633.33 | | |
| 3.  61 - 90 | | $      18,242.95 | | |
| 4.  91 + | | $    106,979.57 | | |
| 5.  TOTAL ACCOUNTS RECEIVABLE | $          - | $    459,113.24 | $          - | $          - |
| 6.  AMOUNT CONSIDERED UNCOLLECTIBLE | | $      29,047.94 | | |
| 7.  ACCOUNTS RECEIVABLE (NET) | $          - | $    430,065.30 | $          - | $          - |

See Exhibit E

| AGING OF POSTPETITION TAXES AND PAYABLES TAXES PAYABLE | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
|---|---|---|---|---|
| 1.  FEDERAL | | | | $          - |
| 2.  STATE | | | | $          - |
| 3.  LOCAL | | | | $          - |
| 4.  OTHER (ATTACH LIST) | | | | $          - |
| 5.  TOTAL TAXES PAYABLE | $          - | $          - | $          - | $          - |

| 6.  ACCOUNTS PAYABLE | $    14,145.51 | $    55,334.53 | $ 1,117,782.22 | $ 1,187,262.26 |
|---|---|---|---|---|

| STATUS OF POSTPETITION TAXES FEDERAL | BEGINNING TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| 1.  WITHHOLDING | | | | $          - |
| 2.  FICA-EMPLOYEE | | | | $          - |
| 3.  FICA-EMPLOYER | | | | $          - |
| 4.  UNEMPLOYMENT | | | | $          - |
| 5.  INCOME | | | | $          - |
| 6.  OTHER (ATTACH LIST) | | | | $          - |
| 7.  TOTAL FEDERAL TAXES | $          - | $          - | $          - | $          - |
| STATE AND LOCAL | | | | $          - |
| 8.  WITHHOLDING | | | | $          - |
| 9.  SALES | | | | $          - |
| 10.  EXCISE | | | | $          - |
| 11.  UNEMPLOYMENT | | | | $          - |
| 12.  REAL PROPERTY | | | | $          - |
| 13.  PERSONAL PROPERTY | | | | $          - |
| 14.  OTHER (ATTACH LIST) | | | | $          - |
| 15.  TOTAL STATE & LOCAL | $          - | $          - | $          - | $          - |
| 16.  TOTAL TAXES | $          - | $          - | $          - | $          - |

**Monthly Operating Report**
**CASH BASIS-5**

| CASE NAME: | Galmor's/G&G Steam Service, Inc |
|---|---|
| CASE NUMBER: | 18-20210 |

MONTH: _____ August _____

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
| Mike Case | Fuel Reimbursement | $ 25.00 | |
| Justin Galmor | Permit Reimbursement | $ 59.50 | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | $ 84.50 | $ - |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $ - | $ - | $ - | $ - |

**POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS**

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $ - | $ - | $ - |

**Monthly Operating Report**
**CASH BASIS-6**

**2018**

| CASE NAME: | Galmor's/G&G Steam Service, Inc |
|---|---|
| CASE NUMBER: | 18-20210 |

MONTH: _____August_____

## QUESTIONNAIRE

|  | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? |  | x |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? |  | x |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? |  | x |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? |  | x |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? |  | x |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | x |  |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? |  | x |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? |  | x |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | x |  |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? |  | x |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? |  | x |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? |  | x |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES"; PROVIDE A DETAILED
EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.
#9Texas State and Oklahoma State Sales Tax for the month of July and August were paid on 9-20-18

## INSURANCE

|  | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | x |  |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | x |  |
| 3. PLEASE ITEMIZE POLICIES BELOW |  |  |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO" OR IF ANY POLICIES HAVE
BEEN CANCELED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN
EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |