# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 18-20210  
**Case Name:** GALMOR'S/G&G STEAM SERVICE, INC.  
**For Period Ending:** 05/10/2022

**Trustee Name:** (631700) Kent Ries  
**Date Filed (f) or Converted (c):** 01/08/2019 (c)  
**§ 341(a) Meeting Date:** 02/13/2019  
**Claims Bar Date:** 04/17/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Acct #14818 | 2,306.88 | 0.00 | | 130.51 | FA |
| 4 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Accounts Receivable | 0.00 | 0.00 | | 561.60 | FA |
| 8 | Office Furniture | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 9 | Office Equipment | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 10 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 2009 Ford Pickup | 10,000.00 | 10,000.00 | | 2,500.00 | FA |
| 13 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 1997 Ford F350 | 1,200.00 | 1,200.00 | | 1,500.00 | FA |
| 16 | 2003 Chevy Silverado 1500 | 2,100.00 | 2,100.00 | | 900.00 | FA |
| 17 | 2002 Dodge Ram 2500 | 3,000.00 | 3,000.00 | | 2,500.00 | FA |
| 18 | 1972 Ford Pickup | 800.00 | 800.00 | | 0.00 | FA |
| 19 | 1989 Merrit Cattle Trailer | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 20 | 2012 Dodge Challenger | 42,000.00 | 42,000.00 | | 21,750.00 | FA |
| 21 | 2005 GMC Half Ton Truck | 37,000.00 | 37,000.00 | | 2,000.00 | FA |

# Form 1

# Individual Estate Property Record and Report

## Asset Cases

Page: 2

**Case No.:** 18-20210  
**Case Name:** GALMOR'S/G&G STEAM SERVICE, INC.  
**For Period Ending:** 05/10/2022

**Trustee Name:** (631700) Kent Ries  
**Date Filed (f) or Converted (c):** 01/08/2019 (c)  
**§ 341(a) Meeting Date:** 02/13/2019  
**Claims Bar Date:** 04/17/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | 1999 Cadillac | 5,500.00 | 5,500.00 | | 0.00 | FA |
| 23 | 2005 Ford Excursion | 20,000.00 | 20,000.00 | | 0.00 | 20,000.00 |
| 24 | 2012 Stock Trailer | 4,500.00 | 4,500.00 | | 3,000.00 | FA |
| 25 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 26 | 1997 Peterbilt Water Truck | 26,000.00 | 26,000.00 | | 19,500.00 | FA |
| 27 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 28 | 2012 Lincoln Navigator | 25,000.00 | 25,000.00 | | 0.00 | 25,000.00 |
| 29 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 30 | Conveyor (VIN 2540) | 39,000.00 | 39,000.00 | | 15,000.00 | FA |
| 31 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 32 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 33 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 34 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 35 | Asset lost during Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA |
| 36 | Office Building in Elk City, Ok | 200,000.00 | 174,573.28 | | 135,000.00 | FA |
| 37* | Storage Building in Shamrock, Tx (See Footnote) | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 38 | Galmor Family Limited Partnership Quarry claim | 186,341.19 | 186,341.19 | | 0.00 | 186,341.19 |
| 39 | Galmor Family Limited Partnership Payroll claim | 384,902.74 | 384,902.74 | | 0.00 | 384,902.74 |
| 40 | Galmor Family Limited Partnership Van claim | 24,807.39 | 24,807.39 | | 0.00 | 24,807.39 |
| 41 | Galmor Family Limited Partnership Wage claim | 500,000.00 | 500,000.00 | | 0.00 | 500,000.00 |
| 42 | Health Insurance refund (u) | 0.00 | 0.00 | | 842.40 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case No.:** 18-20210  
**Case Name:** GALMOR'S/G&G STEAM SERVICE, INC.  
**For Period Ending:** 05/10/2022

**Trustee Name:** (631700) Kent Ries  
**Date Filed (f) or Converted (c):** 01/08/2019 (c)  
**§ 341(a) Meeting Date:** 02/13/2019  
**Claims Bar Date:** 04/17/2019

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 43 | Insurance overpayment (u) | 0.00 | 0.00 | | 2,419.70 | FA |
| 44 | Equipment Overpayment (u) | 0.00 | 0.00 | | 100.96 | FA |
| 45 | 2001 Ford F 250 (u) | 0.00 | 1,000.00 | | 900.00 | FA |
| 46 | 1996 Ford F350 (u) | 0.00 | 1,000.00 | | 900.00 | FA |
| 47 | 2005 Dodge Pickup (u) | 0.00 | 5,000.00 | | 5,200.00 | FA |
| 47 | **Assets Totals** (Excluding unknown values) | **$1,554,458.20** | **$1,533,724.60** | | **$219,705.17** | **$1,141,051.32** |

RE PROP# 37    Owned by Trust, not the Debtor

**Major Activities Affecting Case Closing:**

Multiple adversaries in process.  One (19-2006) to liquidate the family limited partnership; the Trustee has sold all the real estate.  The second (20-2003) has been settled per announcement to Court 3/21/22.  Motion to compromise and settlement agreement in process.

Claims review and objections is in process.  
ASSET NOTES:  Asset #'s 1-2, 4-6, 10-11, 13-14, 25, 27, 29, and 31-35 were scheduled in the prior Chapter 11, administered in that case and imported in error in the Chapter 7 case.

**Initial Projected Date Of Final Report (TFR):**    12/31/2021  
**Current Projected Date Of Final Report (TFR):**    12/30/2022

05/10/2022  
Date

/s/Kent Ries  
Kent Ries